**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 14-1510 (BAH) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Standing Order entered in this matter on September 4, 2014, respectfully submit this Status Report:

1. Plaintiff submitted a Freedom of Information Act ("FOIA") request to Defendant United States Department of Justice ("Department") seeking certain records relating to "Operation Choke Point." The request was referred to the Department's Office of Information Policy ("OIP"), which is responsible for processing FOIA requests seeking records from within OIP and from six senior leadership offices of the Department. The OIP has initiated searches for records responsive to Plaintiff's FOIA request in the Department's Office of the Attorney General, Office of the Associate Attorney General, and Office of the Deputy Attorney General.

2. Defendant has allocated all appropriate resources towards responding to Plaintiff's request and anticipates that it will need at least 60 days, until December 23, 2014, to conclude the searches. However, because the searches are ongoing, and because the potentially responsive records are not located in one central repository, Defendant is currently unable to determine the total number of documents that are responsive to Plaintiff's FOIA request and is thus unable to

estimate with certainty the dates on which it will be able to produce responsive, non-exempt records to Plaintiff.

3. Since Defendant is in the process of searching for documents responsive to Plaintiff's FOIA request and, thus, has not yet completed its response to Plaintiff's FOIA request, the parties believe it is premature to propose a schedule for the filing of dispositive motions.

4. The parties instead propose that they file with the Court a Second Joint Status Report on December 23, 2014, in which Defendant will provide the Court with an update on the status of Defendant's searches for responsive documents and a work plan for processing responsive documents, including an estimated date for the complete production of responsive, non-exempt documents to Plaintiff.

| | |
|---|---|
| Dated:   October 24, 2014 | Respectfully submitted, |
| | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| /s/ David F. Rothstein<br>DAVID F. ROTHSTEIN<br>D.C. Bar. No. 450035<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024<br>Tel:    (202) 646-5172<br>Email: drothstein@judicialwatch.org<br><br>*Counsel for Plaintiff* | ELIZABETH J. SHAPIRO<br>Deputy Branch Director,<br>Federal Programs Branch<br><br>/s/ Deepthy Kishore<br>DEEPTHY KISHORE<br>Trial Attorney (IL Bar No. 6306338)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 616-4448 \ Fax: (202) 616-8470<br>deepthy.c.kishore@usdoj.gov<br><br>Mailing Address:<br>Post Office Box 883<br>Washington, DC   20044<br><br>Courier Address:<br>20 Massachusetts Ave., N.W.<br>Washington, DC   20001<br><br>*Counsel for Defendant* |