IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 14-1510 (BAH) |

## SECOND JOINT STATUS REPORT

The parties, in accordance with the Minute Order entered by the Court on October 24, 2014, respectfully submit this Second Joint Status Report:

1. Plaintiff submitted a Freedom of Information Act ("FOIA") request to Defendant United States Department of Justice ("Department") seeking certain records relating to "Operation Choke Point." As set forth in the parties' Joint Status Report filed on October 24, 2014, (ECF No. 9), Plaintiff's request was referred to the Department's Office of Information Policy ("OIP"), which is responsible for processing FOIA requests seeking records from within OIP and from six senior leadership offices of the Department. The OIP initiated searches for records responsive to Plaintiff's FOIA request in the Department's Office of the Attorney General, Office of the Associate Attorney General, and Office of the Deputy Attorney General.

2. Defendant's searches are ongoing. Because the searches are ongoing, and because the potentially responsive records are not located in one central repository, Defendant has not identified the records responsive to Plaintiff's FOIA request and is currently unable to estimate the total number of documents that are responsive to Plaintiff's FOIA request. Defendant anticipates

that it will need at least 45 additional days, until February 6, 2015, to conclude the searches. Defendant anticipates that it will be able to provide a detailed work plan for processing responsive documents on February 6, 2015, after completing its searches.   As the initial searches are completed, Defendants will inform Plaintiff whether it intends to begin producing the non-exempt portions of the responsive records on a rolling basis.

3. The parties further agree to provide the Court with monthly status reports, in accordance with the Court's October 24, 2014 Minute Order, in which Defendant will set forth a time frame by which it will produce the nonexempt portions of the responsive records and by which it will be able to determine whether the records are subject to FOIA's various exemptions.

Dated:   December 23 , 2014                                        Respectfully submitted,

/s/ David F. Rothstein                                                        ELIZABETH J. SHAPIRO
DAVID F. ROTHSTEIN                                                    Deputy Branch Director,
D.C. Bar. No. 450035                                                      Federal Programs Branch
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800                                     /s/ Deepthy Kishore
Washington, DC 20024                                                    DEEPTHY KISHORE
Tel:   (202) 646-5172                                                         Trial Attorney (IL Bar No. 6306338)
Email: drothstein@judicialwatch.org                               United States Department of Justice
                                                                                          Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                                                      Tel: (202) 616-4448 \ Fax: (202) 616-8470
                                                                                          deepthy.c.kishore@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, DC   20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, DC   20001

*Counsel for Defendant*