IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-1510 (APM) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## THIRD JOINT STATUS REPORT

The parties, in accordance with the Minute Order entered by the Court on October 24, 2014, respectfully submit this Third Joint Status Report:

1. Plaintiff submitted a Freedom of Information Act ("FOIA") request to Defendant United States Department of Justice ("Department") seeking certain records relating to "Operation Choke Point." As set forth in the parties' Joint Status Report filed on October 24, 2014, (ECF No. 9), Plaintiff's request was referred to the Department's Office of Information Policy ("OIP"), which is responsible for processing FOIA requests seeking records from within OIP and from six senior leadership offices of the Department. The OIP initiated searches for records responsive to Plaintiff's FOIA request in the Department's Office of the Attorney General, Office of the Associate Attorney General, and Office of the Deputy Attorney General.

2. As indicated in the Second Joint Status Report filed on December 23, 2014, (ECF No. 10), Defendant anticipates that it will conclude its searches by February 6, 2015, and that it will be able to provide a work plan for processing responsive documents after concluding the searches. In its work plan, Defendant will set forth a time frame by which it will produce the

nonexempt portions of the responsive documents. Further, as the initial searches are completed, Defendant will inform Plaintiff whether it intends to begin producing the non-exempt portions of the responsive records on a rolling basis.

3. The parties will continue to provide the Court with monthly status reports, in accordance with the Court's October 24, 2014 Minute Order.

Dated:   January 22, 2015                                          Respectfully submitted,


/s/ David F. Rothstein                                             ELIZABETH J. SHAPIRO
DAVID F. ROTHSTEIN                                                 Deputy Branch Director,
D.C. Bar. No. 450035                                               Federal Programs Branch
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800                                  /s/ Deepthy Kishore
Washington, DC 20024                                               DEEPTHY KISHORE
Tel:    (202) 646-5172                                             Trial Attorney (IL Bar No. 6306338)
Email: drothstein@judicialwatch.org                                United States Department of Justice
                                                                   Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                                            Tel: (202) 616-4448 \ Fax: (202) 616-8470
                                                                   deepthy.c.kishore@usdoj.gov

                                                                   Mailing Address:
                                                                   Post Office Box 883
                                                                   Washington, DC   20044

                                                                   Courier Address:
                                                                   20 Massachusetts Ave., N.W.
                                                                   Washington, DC   20001

                                                                   *Counsel for Defendant*